AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Bradley Smith

   Plaintiff,

V.

Lopez, et al.,

   Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:  2:13-vb-00892-GMN-PAL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

judgment is entered in favor of all Defendants and against Plaintiff.

8/7/2015
Date

/s/ Lance S. Wilson
Clerk

/s/ Danielle Cacciabaudo
(By) Deputy Clerk